JAMES TALCOTT, Appellant, *v.* THE WABASH RAILROAD
COMPANY, Respondent.

*Talcott* v. *Wabash Railroad Co.,* 109 App. Div. 491, affirmed.
(Argued April 17, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Feb-
ruary 16, 1906, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term without a jury in an action under a contract of
carriage to recover the value of baggage destroyed.

*Thomas H. Rothwell* for appellant.

*Adelbert Moot* and *Helen Z. M. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THOMAS FINUCAN, Appellant, *v.* THOMAS T. RAMSDEN et al.,
Respondents.

*Finucan* v. *Ramsden,* 111 App. Div. 920, affirmed.
(Argued April 17, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 31, 1906, affirming a judgment in favor of defend-
ants entered upon a verdict and an order denying a motion
for a new trial in an action to recover for the cutting down of
trees alleged to have been growing on plaintiff's land.

*George Wallace* for appellant.

*James W. Treadwell* and *Fred Ingraham* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.